In the Matter of the Accounting of WILLIAM L. CALLISTER et al., as Executors of THOMAS CALLISTER, Deceased.

ESTELLE M. CALLISTER, an Incompetent Person, by WALTER J. SHARKEY, as Special Guardian, et al., Appellants; WILLIAM L. CALLISTER et al., as Executors of THOMAS CALLISTER, Deceased, et al., Respondents.

Submitted March 3, 1937; decided March 23, 1937.

*Theodore Reiss* and *Albert Reiss* for Margrethe Callister, as executrix of Herbert J. Callister, deceased, appellant.

*Walter J. Sharkey* as special guardian for Estelle M. Callister, appellant.

*Franklin A. Rogers* and *Stanley F. Maslak* for respondents.

Order affirmed, with costs to all parties appearing and filing separate briefs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.